LUIS FERNANDO PARRA, AZ BN #021570 (admitted *Pro Hac Vice*)
PARRA LAW OFFICES, P.L.L.C.
571 N. Grand Avenue
Nogales, Arizona 85621-1135
Telephone: (520) 281-9369
Facsimile: (520) 281-1396
Email: lfparra@azmxlaw.com
**Attorney for Defendant DIEGO PEREZ**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIEGO PEREZ<br>Defendant, | No. 3:14-cr-00042<br><br>**SUBSTITUTION OF COUNSEL** |

I, DIEGO PEREZ, hereby substitute LUIS FERNANDO PARRA, ESQ. of 571 N. Grand Avenue, Nogales, AZ 85621, (520) 281-1394, as attorney of record in place and stead of, Mr. William I. Shockley, 4505 Harding Road, Ste. 126, Nashville, Tennessee 37205. Tel: (615) 497-8550 present attorney.

Dated: 4-11-14 _____
DIEGO PEREZ-Defendant

I Consent to the above substitution

Dated: 4/11/14 _____
WILLIAM I. SHOCKLEY –Attorney

I Accept to the above substitution

Dated: 4-11-2014 _____
LUIS FERNANDO PARRA –Attorney

**APPROVED & SO ORDERED**

DATED: 4/16/14 _____
JUDGE OF THE DISTRICT COURT

-1-