**LUIS FERNANDO PARRA, ABN 21570**
**PARRA LAW OFFICES, P.L.L.C.**
571 N. Grand Avenue
Nogales, Arizona 85621-1135
Telephone: (520) 281-9369
Facsimile: (520) 281-1396
Email: lfparra@azmxlaw.com
**Attorney for Defendant DIEGO PEREZ**

Motion GRANTED.

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:14-cr-00042 |
| Plaintiff, | **DEFENDANT PEREZ MOTION TO CONTINUE TRIAL AND PLEA DEADLINE.** |
| vs. | (DEFENDANT PEREZ 1ST MOTION) |
| **DIEGO PEREZ** | |
| Defendant, | |

It is expected that excludable delay under 18 U.S.C § 3161(h)(3)(B)(8)(A) will occur as a result of this motion or of an order based thereon.

COMES NOW the Defendant, DIEGO PEREZ, by and through counsel undersigned, respectfully moves the Court for a continuance of 60 days of the trial presently set for June 17, 2014 at 9:00 a.m. in the above-captioned case for the following reason:

The Continuance is requested in good faith, the plea negotiations are ongoing and counsel undersigned will need additional time to gather additional pertinent information regarding the disclosure.

AUSA Lynne T. Ingram has been contacted regarding this motion and has no objection thereto.

-1-